UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                     Plaintiff,<br><br>v.<br><br>PATRICK EDWARD McGINLEY,<br><br>                                     Defendant. | Case No.:  20CR1493-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

    Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for November 6, 2020 shall be continued to **December 11, 2020** at **1:30 p.m.**

    For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

    IT IS SO ORDERED.

Dated:  November 3, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

20CR1493-JLS