UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK EDWARD MCGINLEY,<br><br>　　　　　　　Defendant. | CASE NO.:  20-cr-01493-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING; AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |

　　　　Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that Mr. McGinley's Motion Hearing/Trial Setting currently scheduled for March 12, 2021 be continued to April 23, 2021 at 1:30 p.m.

　　　　The court finds that time is excludable and that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

　　　　**SO ORDERED.**

Dated:  March 10, 2021

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge